160 A.3d 793

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Charles SHIELDS, Petitioner**

**No. 371 EAL 2016**

Supreme Court of Pennsylvania.

November 8, 2016

## ORDER

PER CURIAM

**AND NOW,** this 8th day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**